UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KERRY BAKER, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 11-7439 JSL (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| NANCY HARDY, WARDEN, | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| Respondent. | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, and petitioner's objections to the Report. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: May 24, 2012

*Spencer Letts*

J. Spencer Letts
United States District Judge