1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION
11
   KERRY BAKER,                        )  CV NO.  11-7439-JSL(AJW)
12                                     )
             Petitioner,                )
13                                     )  JUDGMENT
         v.                            )
14                                     )
   NANCY HARDY, Warden,                 )
15                                     )
             Respondent.                )
16 _____)
17
        It is hereby adjudged that the petition for a writ of habeas
18
   corpus is denied.
19
                                       _Spencer Letts_
20 Dated: _May 24 ,2012
                                       _____
21
                                       J.  Spencer Letts
22                                     United States District Judge
23
24
25
26
27
28